# UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA
## (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:14–cv–03106–JAK–JEM

| | |
|---|---|
| Signal IP, Inc. v. Ford Motor Company | Date Filed: 04/23/2014 |
| Assigned to: Judge John A. Kronstadt | Date Terminated: 09/25/2014 |
| Referred to: Magistrate Judge John E. McDermott | Jury Demand: Both |
| Related Case: 2:14–cv–02454–JAK–JEM | Nature of Suit: 830 Patent |
| Cause: 28:1338 Patent Infringement | Jurisdiction: Federal Question |

**Plaintiff**

**Signal IP, Inc.**  represented by  **Jason L Haas**
*a California corporation*           Liner LLP
                                     1100 Glendon Avenue 14th Floor
                                     Los Angeles, CA 90024–3503
                                     310–500–3500
                                     Fax: 310–500–3501
                                     Email: jhaas@linerlaw.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Randall J Sunshine**
                                     Liner LLP
                                     1100 Glendon Avenue 14th Floor
                                     Los Angeles, CA 90024–3503
                                     310–500–3500
                                     Fax: 310–500–3501
                                     Email: rsunshine@linerlaw.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

                                     **Ryan E Hatch**
                                     Liner LLP
                                     1100 Glendon Avenue 14th Floor
                                     Los Angeles, CA 90024–3503
                                     310–500–3500
                                     Fax: 310–500–3501
                                     Email: rhatch@linerlaw.com
                                     *LEAD ATTORNEY*
                                     *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ford Motor Company**  represented by  **Christopher C Smith**
*a Delaware corporation*                Brooks Kushman PC
                                        1000 Town Center 22nd Floor
                                        Southfield, MI 48075
                                        248–358–4400

Fax: 248–358–3351
Email: csmith@brookskushman.com
*ATTORNEY TO BE NOTICED*

**Frank A Angileri**
Brooks Kushman PC
1000 Town Center 22nd Floor
Southfield, MI 48075
248–358–4400
Fax: 248–358–3351
Email: fangileri@brookskushman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**John S LeRoy**
Brooks Kushman PC
1000 Town Center 22nd Floor
Southfield, MI 48075
248–358–4400
Fax: 248–358–3351
Email: jleroy@brookskushman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Linda D Mettes**
Brooks Kushman PC
1000 Town Center 22nd Floor
Southfield, MI 48075
248–358–4440
Fax: 248–358–3351
Email: lmettes@brookskushman.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William E Thomson , Jr**
Brooks Kushman PC
601 South Figueroa Street Suite 2080
Los Angeles, CA 90017–5726
213–622–3003
Fax: 213–622–3053
Email: WThomson@brookskushman.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

| | | |
|---|---|---|
| **Ford Motor Company** *a Delaware corporation* | represented by | **Christopher C Smith** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Frank A Angileri** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **John S LeRoy** (See above for address) |

*ATTORNEY TO BE NOTICED*

**Linda D Mettes**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**William E Thomson , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Signal IP, Inc.**
*a California corporation*

represented by **Jason L Haas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Randall J Sunshine**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan E Hatch**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2014 | 1 | COMPLAINT Receipt No: 0973–13709170 – Fee: $400, filed by Plaintiff Signal IP, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Attorney Ryan E Hatch added to party Signal IP, Inc.(pty:pla))(Hatch, Ryan) (Entered: 04/23/2014) |
| 04/23/2014 | 2 | CIVIL COVER SHEET filed by Plaintiff Signal IP, Inc.. (Hatch, Ryan) (Entered: 04/23/2014) |
| 04/23/2014 | 3 | NOTICE of Interested Parties filed by Plaintiff Signal IP, Inc., identifying Marathon Patent Group, Inc.. (Hatch, Ryan) (Entered: 04/23/2014) |
| 04/23/2014 | 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Signal IP, Inc.. (Hatch, Ryan) (Entered: 04/23/2014) |
| 04/23/2014 | 5 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Signal IP, Inc.. (Hatch, Ryan) (Entered: 04/23/2014) |
| 04/23/2014 | 6 | REPORT ON THE FILING OF AN ACTION Regarding a Patent or a Trademark (Initial Notification) filed by Signal IP, Inc.. (Hatch, Ryan) (Entered: 04/23/2014) |
| 04/23/2014 | 7 | CORPORATE DISCLOSURE STATEMENT filed by Plaintiff Signal IP, Inc. identifying Marathon Patent Group, Inc. as Corporate Parent. (Hatch, Ryan) (Entered: 04/23/2014) |
| 04/23/2014 | 8 | |

| | | |
|---|---|---|
| | | NOTICE OF ASSIGNMENT to District Judge Otis D. Wright, II and Magistrate Judge Patrick J. Walsh. (car) (Entered: 04/23/2014) |
| 04/23/2014 | 9 | NOTICE TO PARTIES OF COURT–DIRECTED ADR PROGRAM filed. (car) (Entered: 04/23/2014) |
| 04/23/2014 | 10 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendant Ford Motor Company. (car) (Entered: 04/23/2014) |
| 04/23/2014 | 11 | PATENT STANDING ORDER by Judge Otis D. Wright, II (lc) (Entered: 04/24/2014) |
| 04/24/2014 | 12 | NOTICE of Related Case(s) filed by Plaintiff Signal IP, Inc.. Related Case(s): 14–cv–02454; 14–cv–02457; SA CV14–00491; SA CV14–00497; 14–cv–02962; 14–cv–02963; 14–cv–00607; 14–cv–03105; 14–cv–03106; 14–cv–03107; 14–cv–03108; 14–cv–03109; 14–cv–03111; 14–cv–03113; 14–cv–03114 (Hatch, Ryan) (Entered: 04/24/2014) |
| 04/28/2014 | 13 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 08–05 –Related Case– filed. Related Case No: CV 14–02454 JAK(JEMx). Case transferred from Magistrate Judge Patrick J. Walsh and Judge Otis D. Wright, II to Judge John A. Kronstadt and Magistrate Judge John E. McDermott for all further proceedings. The case number will now reflect the initials of the transferee Judge CV 14–03106 JAK(JEMx). Signed by Judge John A. Kronstadt (rn) (Entered: 04/28/2014) |
| 04/29/2014 | 14 | (IN CHAMBERS) ORDER REGARDING TRANSFER OF CASE TO JUDGE JOHN A. KRONSTADT by Judge John A. Kronstadt: This action has been reassigned to the Honorable John A. Kronstadt, United States District Judge. The case number will now read: LA CV14–03106 JAK (JEMx). Because all pleadings are routed using the judge's initials, please be sure to use the initials JAK in place of the initials ODW on all future filings. Judge Kronstadt's Courtroom Deputy Clerk, Andrea Keifer, can be reached at 213.894.2156. 13 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY (Entered: 04/29/2014) |
| 04/29/2014 | 15 | ORDER RE PILOT PROGRAM FOR UNDER SEAL DOCUMENTS by Judge John A Kronstadt: This Court is participating in a pilot program regarding the submission of sealed documents. Effective July 8, 2013, all proposed sealed documents must be submitted via email to this Court's Chambers' email at: jak_chambers@cacd.uscourts.gov consistent with this Order. (ake) (Entered: 04/29/2014) |
| 04/29/2014 | 16 | INITIAL PATENT ORDER FOR CASES ASSIGNED TO JUDGE John A. Kronstadt. (See document for details) (bp) (Entered: 04/29/2014) |
| 04/29/2014 | 17 | STANDING PROTECTIVE ORDER FOR CASES ASSIGNED TO Judge John A. Kronstadt. (See document for details) (bp) (Entered: 04/29/2014) |
| 05/01/2014 | 18 | PROOF OF SERVICE Executed by Plaintiff Signal IP, Inc., upon Defendant Ford Motor Company served on 4/29/2014, answer due 5/20/2014. Service of the Summons and Complaint were executed upon Jan Lapinid, Employee of CT Corporation in compliance with Federal Rules of Civil Procedure by service on a domestic corporation, unincorporated association, or public entity. Original Summons NOT returned. (Hatch, Ryan) (Entered: 05/01/2014) |
| 05/15/2014 | 19 | Joint STIPULATION Extending Time to Answer the complaint as to Ford Motor Company answer now due 6/19/2014, re Complaint (Attorney Civil Case Opening), 1 filed by Defendant Ford Motor Company.(Attorney William E Thomson, Jr added to party Ford Motor Company(pty:dft))(Thomson, William) (Entered: 05/15/2014) |
| 05/23/2014 | 20 | APPLICATION for attorney John S. LeRoy to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973–13858817 paid.) filed by Defendant Ford Motor Company. (Attachments: # 1 Proposed Order)(Thomson, William) (Entered: 05/23/2014) |

| | | |
|---|---|---|
| 05/23/2014 | 21 | APPLICATION for attorney Frank A. Angileri to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973–13858953 paid.) filed by Defendant Ford Motor Company. (Attachments: # 1 Proposed Order)(Thomson, William) (Entered: 05/23/2014) |
| 05/23/2014 | 22 | NOTICE of Errata – Disregard Dkt. 20 filed by Defendant Ford Motor Company. (Thomson, William) (Entered: 05/23/2014) |
| 05/23/2014 | 23 | Corrected APPLICATION for attorney John S. LeRoy to Appear Pro Hac Vice (PHV FEE NOT PAID.) filed by Defendant Ford Motor Company. (Attachments: # 1 Proposed Order, # 2 Supplement PHV Fee of $325 Receipt number 0973–13858817 paid)(Thomson, William) (Entered: 05/23/2014) |
| 05/27/2014 | 24 | ORDER by Judge John A. Kronstadt: granting 23 Application to Appear Pro Hac Vice by Attorney John S. LeRoy on behalf of Defendant Ford Motor Company, designating William E. Thomson, Jr. as local counsel. (lt) (Entered: 05/27/2014) |
| 05/27/2014 | 25 | ORDER by Judge John A. Kronstadt: granting 21 Application to Appear Pro Hac Vice by Attorney Frank A. Angileri on behalf of Defendant Ford Motor Company, designating William E. Thomson, Jr. as local counsel. (lt) (Entered: 05/27/2014) |
| 05/27/2014 | 26 | ORDER by Judge John A. Kronstadt: granting 20 Application to Appear Pro Hac Vice by Attorney John S. LeRoy on behalf of Defendant Ford Motor Company, designating William E. Thomson, Jr. as local counsel. (lt) (Entered: 05/27/2014) |
| 06/10/2014 | 27 | (IN CHAMBERS) ORDER RE NOTICE OF AMENDED STANDING ORDER(S) by Judge John A. Kronstadt: Counsel are advised that the Court has amended one or more of its Standing Orders. Counsel shall refer to this Court's Procedures and Schedules found on the website for the United States District Court (www.cacd.uscourts.gov) to obtain the Order(s). THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY (Entered: 06/10/2014) |
| 06/19/2014 | 28 | ANSWERJURY DEMAND. *and Affirmative Defenses* filed by Defendant Ford Motor Company.(LeRoy, John) (Entered: 06/19/2014) |
| 06/19/2014 | 29 | NOTICE of Interested Parties filed by Defendant Ford Motor Company, identifying None. (LeRoy, John) (Entered: 06/19/2014) |
| 06/19/2014 | 30 | COUNTERCLAIM against Counter Defendant Signal IP, Inc.; Jury Demand, filed by Defendant Ford Motor Company.(LeRoy, John) (Entered: 06/19/2014) |
| 06/23/2014 | 31 | ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE by Judge John A. Kronstadt. Scheduling Conference set for 9/15/2014 at 08:30 AM before Judge John A. Kronstadt. Rule 26 Meeting Report due by 9/5/2014. (jloz) (Entered: 06/23/2014) |
| 06/25/2014 | 32 | NOTICE of Appearance filed by attorney Christopher C Smith on behalf of Counter Claimant Ford Motor Company, Defendant Ford Motor Company (Attorney Christopher C Smith added to party Ford Motor Company(pty:cc), Attorney Christopher C Smith added to party Ford Motor Company(pty:dft))(Smith, Christopher) (Entered: 06/25/2014) |
| 07/09/2014 | 33 | Unopposed Application To Extend The Meet And Confer And Joint Fed. R. Civ. P. Rule 16(b)/26(f) Report Deadlines filed by Plaintiff Signal IP, Inc. (Attachments: # 1 Declaration of Ryan E. Hatch)(Hatch, Ryan) (Entered: 07/09/2014) |
| 07/14/2014 | 34 | ANSWER to Counterclaim 30 filed by Plaintiff and Cross−Defendant Signal IP, Inc..(Hatch, Ryan) (Entered: 07/14/2014) |
| 08/14/2014 | 35 | NOTICE OF MOTION AND MOTION to Transfer Case to Eastern District of Michigan filed by Defendant Ford Motor Company. Motion set for hearing on 11/3/2014 at 08:30 AM before Judge |

|            |    |                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                             |
|------------|----|-------|

| | | John A. Kronstadt. (Attachments: # 1 Proposed Order)(LeRoy, John) (Entered: 08/14/2014) |
| 08/14/2014 | 36 | MEMORANDUM in Support of MOTION to Transfer Case to Eastern District of Michigan 35 filed by Defendant Ford Motor Company. (Attachments: # 1 Affidavit, # 2 Exhibit 1 – Declaration of Steven Schondorf in Support of Fords Motion to Transfer to the Eastern District of Michigan, # 3 Exhibit 2 – printouts from the California Secretary of State website for Signal IP, Inc., # 4 Exhibit 3 – United States Patent and Trademark Office Assignment Records, # 5 Exhibit 4 – Marathon Patent Group, Incs 10−K SEC Filing, # 6 Exhibit 5 – Marathon Patent Group, Inc.s 10−K/A SEC filing, # 7 Exhibit 6 – Marathon Patent Group, Inc.s 8−K SEC filing, # 8 Exhibit 7 – Marathon Investor Presentation, # 9 Exhibit 8 – printouts from marathonpg.com and letter from Stephen Brauerman to Judge Sleet, dated March 21, 2014, # 10 Exhibit 9 – Signal IP, Inc.s Initial Disclosures, # 11 Exhibit 10 – Marathon Patent Groups 8−K SEC filing, # 12 Exhibit 11 – U.S. Patent Nos. 5,463,374, 5,714,927, 5,732,375, 6,012,007, 6,434,486, and 6,775,601, # 13 Exhibit 12 – printouts from the U.S. Patent and Trademark Offices website showing attorney records)(LeRoy, John) (Entered: 08/14/2014) |
| 08/14/2014 | 37 | (IN CHAMBERS) ORDER ADVANCING DEFENDANT'S MOTION TO TRANSFER (DKT. 35) by Judge John A Kronstadt: The Court, on its own motion, advances the Motion from November 3, 2014 to September 15, 2014 at 8:30 a.m. Any opposition shall be filed by August 22, 2014, with the reply to be filed no later than August 29, 2014. 35 THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (ake) TEXT ONLY ENTRY (Entered: 08/14/2014) |
| 08/22/2014 | 38 | OPPOSITION to MOTION to Transfer Case to Eastern District of Michigan 35 filed by Plaintiff Signal IP, Inc.. (Attachments: # 1 Declaration of Ryan E. Hatch, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Declaration of Doug Croxall)(Hatch, Ryan) (Entered: 08/22/2014) |
| 08/25/2014 | 39 | APPLICATION for attorney Linda D. Mettes to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−14338635 paid.) filed by defendant Ford Motor Company. (Attachments: # 1 Proposed Order)(Thomson, William) (Entered: 08/25/2014) |
| 08/25/2014 | 40 | NOTICE TO FILER OF DEFICIENCIES in Electronically Filed Documents RE: APPLICATION for attorney Linda D. Mettes to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−14338635 paid.) 39 . The following error(s) was found: Other error(s) with document(s) are specified below. Other error(s) with document(s): Applicant did not supply Good Standing Certificates for each of the state bar for each of the states that the attorney is admitted of that particular state bar. See LR 83−2.1.3.3 (NY). In response to this notice the court may order (1) an amended or correct document to be filed (2) the document stricken or (3) take other action as the court deems appropriate. You need not take any action in response to this notice unless and until the court directs you to do so. (lt) (Entered: 08/25/2014) |
| 08/26/2014 | 41 | ORDER by Clerk of Court Counsel shall comply with the Deficiency (Dkt. 40) and file a "Notice of Good Standing Certificates," with the certificates attached, on or before September 2, 2014. The Court will enter the order upon receipt and review of the certificates. Should counsel need additional time, a request and proposed order shall be filed otherwise, the applications will be stricken. RE: APPLICATION for attorney Linda D. Mettes to Appear Pro Hac Vice(PHV Fee of $325 receipt number 0973−14338635 paid.) 39 (shb) (Entered: 08/26/2014) |
| 08/29/2014 | 42 | REPLY in support of motion MOTION to Transfer Case to Eastern District of Michigan 35 filed by Counter Claimant Ford Motor Company, Defendant Ford Motor Company. (Attachments: # 1 Declaration, # 2 Exhibit 1 – EDTX Order of transfer on remand, # 3 Exhibit 2 – EDTX Order to transfer additional defendants, # 4 Exhibit 3 – EDTX Order for Remaining Defendants)(LeRoy, John) (Entered: 08/29/2014) |
| 09/02/2014 | 43 | Request for Extension of Time to File Certificate of Good Standing filed by Defendant Ford Motor Company re: Response By Court to Notice of Deficiencies (G−112B),, 41 (Attachments: # 1 |

| | | |
|---|---|---|
| | | Proposed Order)(LeRoy, John) Modified on 9/3/2014 (shb). (Entered: 09/02/2014) |
| 09/03/2014 | 44 | ORDER by Judge John A. Kronstadt: granting 43 Application for Extension of Time Until September 12, 2014 to File Certificate of Good Standing for Linda D Mettes (shb) (Entered: 09/03/2014) |
| 09/03/2014 | 45 | ORDER by Judge John A. Kronstadt: granting 39 Application to Appear Pro Hac Vice by Attorney Linda D. Mettes on behalf of Defendant Ford Motor Company, designating William E. Thomson, Jr. as local counsel. Order is Granted subject however to the certificates of good standing to be filed on September 12, 2014. (lt) (Entered: 09/04/2014) |
| 09/05/2014 | 46 | JOINT REPORT Rule 26(f) Discovery Plan ; estimated length of trial 5 days, filed by Plaintiff Signal IP, Inc... (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Hatch, Ryan) (Entered: 09/05/2014) |
| 09/10/2014 | 47 | REPLY in Support of Motion MOTION to Transfer Case to Eastern District of Michigan 35 *CORRECTED Reply (number of pages reduced to meet page requirement)* filed by Counter Claimant Ford Motor Company, Defendant Ford Motor Company. (Attachments: # 1 Declaration of Amy Leshan, # 2 Exhibit 1 – EDTX Order of Transfer on Remand, # 3 Exhibit 2 – EDTX Order to Transfer Additional Defendants, # 4 Exhibit 3 – EDTX Order for Remaining Defendants)(LeRoy, John) (Entered: 09/10/2014) |
| 09/10/2014 | 48 | Amended Exhibit A to Joint 26(f)/16(b) Report filed by Plaintiff Signal IP, Inc. re: Joint Report Rule 26(f) Discovery Plan 46 (Attachments: # 1 Exhibit A)(Hatch, Ryan) (Entered: 09/10/2014) |
| 09/12/2014 | 49 | NOTICE OF LODGING filed *Presenation re 9–15–14 Hearings* re Initial Order Setting R26 Scheduling Conference – form only 31 , MOTION to Transfer Case to Eastern District of Michigan 35 (Attachments: # 1 Presentation)(Hatch, Ryan) (Entered: 09/12/2014) |
| 09/12/2014 | 50 | NOTICE Of Good Standing Certificates filed by Defendant Ford Motor Company. (Attachments: # 1 Exhibit Certificate of Good Standing–Michigan, # 2 Exhibit Certificate of Good Standing–New York)(Mettes, Linda) (Entered: 09/12/2014) |
| 09/15/2014 | 51 | MINUTES OF DEFENDANT'S MOTION TO TRANSFER (DKT. 35; LA CV14–03106 – Ford); DEFENDANT'S PARTIAL MOTION TO DISMISS AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT (DKT. 38; LA CV14–02962 Nissan); DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 34; LA CV14–03109 Mercedes–Benz); DEFENDANT'S MOTION TO DISMISS THE CLAIMS FOR WILLFUL INFRINGEMENT IN PLAINTIFF'S FIRST AMENDED COMPLAINT (DKT. 35; LA CV14–03113 Volkswagen); SCHEDULING CONFERENCE (all cases) Hearing held before Judge John A. Kronstadt. The motion hearing is held. The Court takes the Volkswagen Motion, Mercedes Motion, Ford Motion and Nissan Motion UNDER SUBMISSION and will issue a ruling. The Scheduling Conference is held. The Court sets the following deadlines as to all actions: TBD: Last day to participate in a settlement conference/mediation; TBD: Post Mediation Status Conference ; October 14, 2014: Infringement Contentions; October 28, 2014: Exchange of Claim Terms; November 14, 2014: Exchange Proposed Constructions and Evidence; December 12, 2014: Complete Claim Construction Discovery; December 19, 2014: Joint Markman Hearing Prehearing Statement; January 9, 2015: Simultaneous Opening Markman Briefs; January 30, 2015: Simultaneous Responding Markman Briefs, Tutorials, andPresentation/Powerpoint Materials; February 23, 2015 at 10:00 am: Markman Hearing; March 11, 2015: Claim Construction Decision Issued (anticipated); March 23, 2015: Joint Report re Scheduling & Case Progression; March 30, 2015 at 1:30 pm: Status Conference re Scheduling. Counsel are reminded that these actions are not consolidated and, therefore, all pleadings and documents shall be filed in the respective case. Counsel shall meet and confer and file a joint report no later than October 8, 2014. Court Reporter: Alex Joko. (lom) (Entered: 09/16/2014) |
| 09/25/2014 | 52 | MINUTES (IN CHAMBERS): ORDER GRANTING DEFENDANT FORD MOTOR COMPANY'S MOTION TO TRANSFER TO THE EASTERN DISTRICT OF MICHIGAN by |

Judge John A. Kronstadt. The case is TRANSFERRED to the Eastern District of Michigan. IT IS SO ORDERED. (Case sent via electronically) MD JS−6. Case Terminated. (Attachments: # 1 CV 22) (lom) (Entered: 09/25/2014)